FILED
OCT 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDDIE C WELBON,

    Plaintiff,

v.

ARTHUR B BURNETT, et al.,

    Defendants.
_____/

No. C-07-04248 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**     (1)     One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

          (2)     One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for November 27, 2007, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: October 29, 2007

Richard W. Wieking, Clerk
United States District Court

*Lili M. Harrell* (signature)
By: Lili M. Harrell
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE C WELBON,<br><br>        Plaintiff,<br><br>v.<br><br>ARTHUR B BURNETT et al,<br><br>        Defendant. | Case Number: CV07-04248 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie C. Welbon
714 Blossom Way
Hayward, CA 94541

Dated: October 29, 2007

                                            Richard W. Wieking, Clerk
                                            By: Lili M. Harrell, Deputy Clerk