# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 30, 2007  **Court Reporter**: Kathy Wyatt

**CASE NO. C-07-4248 JSW**

**TITLE:** Eddie C. Welbon v. Arthur B. Burnett

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

Eddie Welbon (in pro per)  no appearance by or for

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:**  Plaintiff shall e-file proof of service on all defendants served by 12-10-07.
The Court reminded the Plaintiff the requirements of FRCP 4(m) re: service to defendants.
The Court informed Plaintiff that there is a pro se litigant handbook that he can obtain from the clerk's office.

The case management conference is continued to 3-21-08 at 1:30 p.m.