1  Clinton Killian, SB 116501
   THE LAW OFFICE OF CLINTON KILLIAN
2  Leamington Building
   1814 Franklin Street, Suite 805
3  Oakland, CA 94612-3527
   Telephone: (510) 625-8823
4  Facsimile: (510) 625-8829
   clintonkillian@yahoo.com
5
   Attorney for Defendants
6  ARTHUR BURNETT, Lillian Roberts, and members of
   MT. ZION SPIRITUAL TEMPLE, INC
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12
   | EDDIE WELBON | Case No.: C-07-04248-JSW |
13 |---|---|
   | Plaintiff, | **PROPOSED ORDER GRANTING MOTION FOR SANCTIONS UNDER RULE 11 AND MOTION TO DISMISS** |
14 | v. | |
15 | ARTHUR BURNETT, et al., | |
16 | | Date: February 15, 2008 |
   | Defendants. | Time: 9:00 am |
17 | | Dept.: 2 |
   | | Honorable Jeffrey S. White |
18

19     This hearing for motion for sanctions under Rule 11 and motion to dismiss came

20  regularly on hearing on February 15, 2008 in Department 2, the Honorable Jeffrey S. White

21  presiding.  The Plaintiff EDDIE WELBON was present and was represented in pro per.  The

22  Defendant ARTHUR BURNETT was not present and represented by his attorney of record

23  Clinton Killian.  After review of all pleadings, the court file and documents submitted therein

24  and the hearing of oral testimony, the court finds a good cause exists for the entry of judgment

25  in favor of Defendant in this matter.

1.      Reasonable basis exists to sanction Plaintiff WELBON the sum of $10,000 payable to Defendant's attorney Clinton Killian for violation of Federal Rule of Civil Procedure Rule 11.  Plaintiff has filed over 8 lawsuits against Defendants and others, each alleging matters not within the jurisdiction of this federal court.  Plaintiff has filed these complaints for an improper purpose that is not warranted by existing law and contain frivolous arguments and lack evidentiary support.  Plaintiff has had adequate notice of the improper use of the federal court, having had 3 of his actions dismissed with prejudice.

In addition to the monetary sanction of $10,000 it is also reasonable that further sanctions be issued against Plaintiff EDDIE WELBON prohibiting him from filing any further federal lawsuits against MT. ZION SPIRITUAL TEMPLE, INC., ARTHUR BURNETT, HELEN BUTLER, LILLIAN ROBERTS, their attorney CLINTON KILLIAN and any other members of MT. ZION SPIRITUAL TEMPLE, INC.  Plaintiff EDDIE WELBON is prohibited from filing any further federal lawsuits claiming to represent any other party besides himself.

2.  The court finds that there is ample basis for the dismissal of this matter with prejudice.  Plaintiff WELBON has falsely claimed that he has effected proper service on Defendants.  The federal courts lack jurisdiction over Plaintiff's alleged claims, Plaintiff has failed to state a federal claim, the court declines to exercise supplemental jurisdiction, Plaintiff's complaint violates the *Rooker-Feldman* doctrine, and Plaintiff lacks standing to bring this action and he cannot represent other parties since he is not an attorney.

WHEREFORE, the court hereby orders that:

1.      Plaintiff WELBON is sanctioned the sum of $10,000 payable forthwith to Defendant's attorney Clinton Killian;

2.      Plaintiff WELBON is prohibited from filing any further federal lawsuits against MT. ZION SPIRITUAL TEMPLE, INC., ARTHUR BURNETT, HELEN BUTLER, LILLIAN

1  ROBERTS, their attorney CLINTON KILLIAN and any other members of MT. ZION

2  SPIRITUAL TEMPLE, INC.;

3       3.     Plaintiff WELBON is prohibited from filing any further federal lawsuits

4  representing any other party except himself;

5       4.     This matter is dismissed with prejudice.

6       IT IS SO ORDERED.

7  Dated: _____

8                                       HONORABLE JEFFREY S. WHITE,
                                     Judge of Federal District Court