1  Clinton Killian, SB 116501
   THE LAW OFFICE OF CLINTON KILLIAN
2  Leamington Building
   1814 Franklin Street, Suite 805
3  Oakland, CA 94612-3527
   Telephone: (510) 625-8823
4  Facsimile: (510) 625-8829
   clintonkillian@yahoo.com
5
   Attorney for Defendants
6  ARTHUR BURNETT, Lillian Roberts, and members of
   MT. ZION SPIRITUAL TEMPLE, INC
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13 EDDIE WELBON                          Case No.:  C-07-04248-JSW

14        Plaintiff,                     **AMENDED NOTICE OF MOTION FOR
                                         SANCTIONS UNDER RULE 11 AND
15 v.                                    MOTION TO   DISMISS**

16 ARTHUR BURNETT, et al.,

17        Defendants.                    **Date:  March 7, 2008
                                         Time:  9:00 am
18                                       Dept.:  2
                                         Honorable Jeffrey S. White**

19

20          **I.  AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**

21                 PLEASE TAKE NOTICE that Defendant ARTHUR BURNETT,

   LILLIAN ROBERTS and MT. ZION SPIRITUAL TEMPLE, INC. ("Defendants")  hereby
22
   reset and re notice its **NOTICE OF MOTION AND MOTION TO DISMISS**  previously set
23
   for february 15, 2008,  March 7, 2008, in the above referenced courtroom.  The previous notice,
24
   motion and exhibits,previously served and filed  are made a part of this amend notice to be
25
   heard on March 7, 2008.

   Dated:  January 23, 2008              _____/S/_____
                                         CLINTON KILLIAN, Attorney for Defendants
                                         **1**
                                **AMENDED MOTION FOR SANCTIONS**

**Welbon v. Burnett, et al.**
**U.S. District Court Northern District of CA San Francisco Division Case No: C07-04248**

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California.  I am

over the age of 18 and not a party to the within action; my business address is Leamington

Building, 1814 Franklin Street, Suite 805, Oakland, California  94612.

On January 23, 2008, I served the foregoing document described as:

**AMENDED NOTICE OF MOTION AND MOTION FOR SANCTIONS UNDER RULE
11 AND MOTION TO DISMISS**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed

envelope addressed as follows:

Eddie Welbon
714 Blossom Way
Hayward, CA 94541

I am familiar with the office's practice for depositing mail, and that correspondence

would be deposited in the mail on the same day, and that the document served was placed for

deposit in accordance with the office practice with postage thereon fully prepaid to be placed in

the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California, that the above

is true and correct.  Executed on this date in Oakland, California.


Dated:  January 23, 2008                              _____/S/_____
                                                                      Nicole Hancox