United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE C WELBON, | |
|     Plaintiff, | No. C 07-04248 JSW |
| v. | |
| ARTHUR B BURNETT, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
|     Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *Patterson, et al. v. Killian, et al.*, Case No. 07-0951 CRB.

**IT IS SO ORDERED.**

Dated: January 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE