Clinton Killian, SB 116501
THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829
clintonkillian@yahoo.com

Attorney for Defendants
ARTHUR BURNETT, Lillian Roberts, and members of
MT. ZION SPIRITUAL TEMPLE, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDDIE WELBON<br><br>         Plaintiff,<br><br>v.<br><br>ARTHUR BURNETT, et al.,<br><br>         Defendants. | Case No.:   C-07-04248-CRB<br><br>**AMENDED NOTICE OF MOTION FOR SANCTIONS UNDER RULE 11 AND MOTION TO   DISMISS**<br><br>**Date:  March 21, 2008**<br>**Time:  10:00 am**<br>**Courtroom: 8, Floor 19**<br>**Honorable Charles R. Breyer** |

**I.  AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant ARTHUR BURNETT, LILLIAN ROBERTS and MT. ZION SPIRITUAL TEMPLE, INC. ("Defendants") hereby reset and re notice its **NOTICE OF MOTION FOR SANCTIONS UNDER RULE 11 AND MOTION TO DISMISS** previously set for February 15, 2008 to March 21, 2008, in the above referenced courtroom. The original notice, motion and exhibits, were previously served and filed on January 22, 2008 are made a part of this amended notice and motion to be heard on March 21, 2008.

Dated:  February 5, 2008          _____/S/_____
                                                            CLINTON KILLIAN, Attorney for Defendants

1

**AMENDED MOTION FOR SANCTIONS**

**Welbon v. Burnett, et al.**
**U.S. District Court Northern District of CA Case No: C07-04248 CRB**

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On February 5, 2008, I served the foregoing document described as:

**AMENDED NOTICE OF MOTION AND MOTION FOR SANCTIONS UNDER RULE 11 AND MOTION TO DISMISS**

**STANDING ORDERS**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Eddie Welbon**
**714 Blossom Way**
**Hayward, CA 94541**

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on this date in Oakland, California.

Dated: February 5, 2008                                          _____/S/_____
                                                                                    Nicole Hancox