**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE C WELBON, | No. C 07-04248 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| ARTHUR B BURNETT, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has **re scheduled** the initial case management conference for Friday, **March 21, 2008 at 10:00** before the Honorable Charles R. Breyer to be heard with the defendant's motions. The case management statement to be filed on or before March 14, 2008

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 28, 2008                                       FOR THE COURT,

                                                               Richard W. Wieking, Clerk
                                                               By: _____
                                                                   Barbara Espinoza
                                                                   Courtroom Deputy