Clinton Killian, SB 116501
THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829
clintonkillian@yahoo.com

Attorney for Defendants
ARTHUR BURNETT, Lillian Roberts, and members of
MT. ZION SPIRITUAL TEMPLE, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDDIE WELBON<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR BURNETT, et al.,<br><br>Defendants. | Case No.: C-07-04248-CRB<br><br>**NOTICE TO COURT RE: NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED OR A REQUEST FOR JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES UNDER CIVIL L.R. 3-12**<br><br>**Date: March 21, 2008<br>Time: 9:00 am<br>Courtroom: 8, 19th Floor<br>Honorable Charles R. Breyer** |

Attached is a copy of the request to Judge Wilken in the related case *Jefferson v. Killian;* **USDC Case No: C-08-00123**.

Date: _____                    _____
                                            CLINTON KILLIAN, Attorney for
                                            Defendants

1
NOTICE TO COURT

Clinton Killian, SB 116501
THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829
clintonkillian@yahoo.com

Attorney for Defendants
CLINTON KILLIAN, ARTHUR BURNETT
and MT. ZION SPIRITUAL TEMPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLIE MAE JEFFERSON, et al<br><br>Plaintiff,<br><br>v.<br><br>CLINTON KILLIAN, et al.,<br><br>Defendants. | Case No.: C-08-00123 CW<br><br>**NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED OR A REQUEST FOR JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES UNDER CIVIL L.R. 3-12**<br><br>**Date: April 3, 2008<br>Time: 2:00 pm<br>Courtroom 2, 4th Floor<br>Honorable Claudia Wilken** |

Defendants CLINTON KILLIAN and MT. ZION SPIRITUAL TEMPLE, INC. hereby request that the court consider and assign this case to Judge Charles R. Breyer for determination of related case with *Welbon v. Burnett*, **USDC Case No: 07-04248 CRB** and *Patterson v. Killian,* **USDC Case No: 07-00951 CRB.**

This case has been filed by Plaintiff EDDIE WELBON who has filed 8 federal actions throughout the country. On December 28, 2007 the Tennessee court referred these matters to Northern California by court order.

2
NOTICE TO COURT

1    In the first Northern California case filed by WELBON, *Patterson v. Killian*, **USDC Case No: C-07-00951**, Judge Breyer entered an order dismissing the case. In the latest filing by WELBON, *Welbon v. Burnett,* **USDC Case No: 07-04248 CRB,** Judge Jeffrey S. White issued an order for determination that was granted and accepted by Judge Breyer. There is currently a motion to dismiss and for sanctions by Defendants and a Case Management Conference scheduled for March 21, 2008 in Judge Breyer's court.

It is hereby requested that this case be referred to Judge Breyer so that the final determination of the claims of WELBON can be made by Judge Breyer who now has all the related cases filed by WELBON.

RESPECTFULLY SUBMITTED.

Dated: March 7, 2008                              _____/S/_____
                                                                    CLINTON KILLIAN, Attorney for Defendants

**3**
**NOTICE TO COURT**

**Jefferson v. Killian, et al.**
<u>U.S. District Court Northern District of CA San Francisco Division Case No: C-08-00123</u>

### CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On March 7, 2008, I served the foregoing document described as:

**NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED OR A REQUEST FOR JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES UNDER CIVIL L.R. 3-12**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Eddie Welbon
1488 14th Street
Oakland, CA 94612

Carolyn Cunningham
1488 14th Street
Oakland, CA 94612

Gerald Patterson
1488 14th Street
Oakland, CA 94612

Gregory Richardson
1488 14th Street
Oakland, CA 94612

Jackie Williams
1488 14th Street
Oakland, CA 94612

Lillie Mae Jefferson
1488 14th Street
Oakland, CA 94612

William Canson
1488 14th Street
Oakland, CA 94612

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

1  I declare under penalty of perjury under the laws of the State of California, that the above
2  is true and correct.  Executed on this date in Oakland, California.

3
   Dated:  March 7, 2008                                    _____/S/_____
4                                                                          Nicole Hancox

**Welbon v. Burnett, et al.**
**U.S. District Court Northern District of CA San Francisco Division Case No: C07-04248**

### CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On March 7, 2008, I served the foregoing document described as:

**NOTICE TO COURT RE: NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED OR A REQUEST FOR JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES UNDER CIVIL L.R. 3-12**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Eddie Welbon
714 Blossom Way
Hayward, CA 94541

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on this date in Oakland, California.

Dated: March 7, 2008                                 _____/S/_____
                                                                    Nicole Hancox