Clinton Killian, SB 116501
THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829
clintonkillian@yahoo.com

Attorney for Defendants
ARTHUR BURNETT, Lillian Roberts, and members of
MT. ZION SPIRITUAL TEMPLE, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDDIE WELBON | Case No.:  C-07-04248-CRB |
| Plaintiff, | **NOTICE TO COURT RE: CANCELLATION OF HEARING** |
| v. | |
| ARTHUR BURNETT, et al., | **Date:  March 21, 2008**<br>**Time:  9:00 am**<br>**Courtroom: 8, 19th Floor**<br>**Honorable Charles R. Breyer** |
| Defendants. | |

Attached is a copy of the notice to Judge Wilken in the related case ***Jefferson v. Killian;*** **USDC Case No: C-08-00123**.

Date: March 10, 2008                         _____/S/_____
                                             CLINTON KILLIAN, Attorney for
                                             Defendants

Clinton Killian, SB 116501
THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829
clintonkillian@yahoo.com

Attorney for Defendants
CLINTON KILLIAN, ARTHUR BURNETT
and MT. ZION SPIRITUAL TEMPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLIE MAE JEFFERSON, et al | Case No.:  C-08-00123 CW |
| Plaintiff, | **NOTICE OF CANCELLATION OF HEARING** |
| v. | |
| CLINTON KILLIAN, et al., | **Date:  April 3, 2008**<br>**Time:  2:00 pm**<br>**Courtroom 2, 4th Floor**<br>**Honorable Claudia Wilken** |
| Defendants. | |

Notice is hereby given that the above referenced hearing is cancelled.  The matter shall be heard in Judge Breyer's courtroom.

RESPECTFULLY SUBMITTED.

Dated:  March 10, 2008            _____/S/_____
                                 CLINTON KILLIAN, Attorney for Defendants

**Jefferson v. Killian, et al.**
<u>U.S. District Court Northern District of CA San Francisco Division Case No: C08-00123</u>

<u>**CERTIFICATE OF SERVICE**</u>

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California.  I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California  94612.

On March 10, 2008, I served the foregoing document described as:

**NOTICE OF CANCELLATION OF HEARING**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Eddie Welbon                               Carolyn Cunningham
1488 14th Street                           1488 14th Street
Oakland, CA 94612                          Oakland, CA 94612

Gerald Patterson                           Gregory Richardson
1488 14th Street                           1488 14th Street
Oakland, CA 94612                          Oakland, CA 94612

Jackie Williams                            Lillie Mae Jefferson
1488 14th Street                           1488 14th Street
Oakland, CA 94612                          Oakland, CA 94612

William Canson
1488 14th Street
Oakland, CA 94612

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

1        I declare under penalty of perjury under the laws of the State of California, that the above

2    is true and correct.  Executed on this date in Oakland, California.

3

4    Dated:  March 10, 2008                              _____/S/_____

                                                         Nicole Hancox

**Welbon v. Burnett, et al.**
<u>**U.S. District Court Northern District of CA San Francisco Division Case No: C07-04248**</u>

<u>**CERTIFICATE OF SERVICE**</u>

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On March 10, 2008, I served the foregoing document described as:

**NOTICE TO COURT RE: NOTICE OF CANCELLATION**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Eddie Welbon
714 Blossom Way
Hayward, CA 94541

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on this date in Oakland, California.

Dated: March 10, 2008                    _____/S/_____
                                                          Nicole Hancox