United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   BISHOP GERALD PATTERSON,                No. C 07-00951 CRB
12              Plaintiff,                   **ORDER RELATING CASES**
13      v.
14   CLINTON KILLIAN,
15              Defendant.
                                        /
16
17         Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds that
18   Jefferson v. Killian, 08-123 CRB and Jefferson v Killian, 07-2992, are related to the above
19   action, 07-951 CRB and to Welbon v. Burnett, 07-4248 CRB.  All four cases are brought by
20   the same plaintiff proceeding pro se, Eddie Welbon, and all arise from his challenge to the
21   leadership of the Mt. Zion Spiritual Temple.  Accordingly, 08-123 and 07-2992, shall be
22   reassigned to the undersigned judge.
23         **IT IS SO ORDERED.**
24
25   Dated: March 17, 2008
                                        _____
26                                      CHARLES  R. BREYER
                                        UNITED STATES DISTRICT JUDGE
27
28

G:\CRBALL\2007\0951\orderrelatingcases.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California