UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDDIE C WELBON,

               Plaintiff,

  v.

ARTHUR B BURNETT et al,

               Defendant.

                                                /

Case Number: CV07-04248 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie C. Welbon
714 Blossom Way
Hayward, CA 94541

Dated: March 17, 2008

                                   Richard W. Wieking, Clerk
                                   By: Barbara Espinoza, Deputy Clerk