UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LILLIE MAE JEFFERSON et al,

       Plaintiff,

  v.

CLINTON KILLIAN et al,

       Defendant.
_____/

Case Number: CV07-02992 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lillie Mae Jefferson
3400 12th Avenue
Sacramento, CA 95817

Dated: March 17, 2008

                Richard W. Wieking, Clerk
                By: Barbara Espinoza, Deputy Clerk