UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFERSON et al,

        Plaintiff,

v.

KILLIAN et al,

        Defendant.

Case Number: CV08-00123 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolyn Cunningham  
2439 Bridgeport Drive  
Memphis, TN 38114

Eddie C. Welbon  
1488 14th Street  
Oakland, CA 94610

Gerald Patterson  
1488 14th Street  
Oakland, CA 94610

Gregory Richardson  
1488 14th Street  
Oakland, CA 94610

Jackie Williams  
1488 14th Street  
Oakland, CA 94610

Lillie Mae Jefferson  
1488 14th Street  
Oakland, CA 94610

Rayford Bullock  
1488 14th Street  
Oakland, CA 94610

Willia Canson
1488 14th Street
Oakland, CA 94610

Dated: March 17, 2008

                                                Richard W. Wieking, Clerk
                                                By: Barbara Espinoza, Deputy Clerk