IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE C. WELBON, et al.,<br>    Plaintiffs,<br>  v.<br>ARTHUR B BURNETT, et al.,<br>    Defendants.              / | No. C 07-04248 CRB<br><br>**ORDER** |

Now pending before the Court is defendants' motion for Rule 11 sanctions. Defendants are directed to file a declaration from their counsel that details the attorney's fees and costs incurred to date in defending *this action*, 07-4248 CRB, and are expected to be incurred in connection with the March 21, 2008 hearing. The declaration shall be filed on or before Thursday, March 20, 2008.

**IT IS SO ORDERED.**

Dated: March 17, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4248\orderredeclaration.wpd