Clinton Killian, SB 116501
THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829
clintonkillian@yahoo.com

Attorney for Defendants
ARTHUR BURNETT, Lillian Roberts, and members of
MT. ZION SPIRITUAL TEMPLE, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDDIE WELBON<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR BURNETT, et al.,<br><br>    Defendants. | Case No.: C-07-04248-CRB<br><br>**DEFENDANT'S INITIAL CASE MANAGEMENT STATEMENT**<br><br>**Date: March 21, 2008**<br>**Time: 9:00 am**<br>**Courtroom: 8, 19th Floor**<br>**Honorable Charles R. Breyer** |

1.  **Plaintiffs**.  Despite the names, there is only one Plaintiff, EDDIE WELBON, who has created dozens of imaginary Plaintiffs in this action.

2.  **Defendants**.  Plaintiff WELBON has sued over 100 Defendants in his various cases.  Our office represents CLINTON KILLIAN in pro per, ARTHUR BURNETT, LILLIAN ROBERTS and MT. ZION SPIRITUAL TEMPLE, INC.

**1**
**CASE MANAGEMENT STATEMENT**

**CASE IN CONTROVERSY**

Plaintiff has no federal claim in any of the lawsuits he has filed. Defendants have filed a motion to dismiss and request for sanctions scheduled to be heard on March 21, 2008.

**LENGTH OF TRIAL**

In the event the court grants the motion to dismiss, the trial is moot.

**JOINT SETTLEMENT CONFERENCE**

The joint settlement conference was not filed because Plaintiff is in pro per and has not responded to any of the numerous requests made to him regarding this matter.

**SUMMARY**

It is hereby requested that the court grant the motion to dismiss and terminate all of WELBON'S cases with prejudice.

**STATEMENT OF FACTS**

This is another lawsuit filed by "Plaintiff EDDIE WELBON" and his imaginary Plaintiffs. He has filed no fewer than 7 Federal lawsuits against virtually the same Defendants. **See** *Patterson et al. v. Killian et al. USDC-Northern California Case No: C07-00951; Jefferson et al. v. Killian et al. USDC-Eastern California Case No: CV-00323; Jefferson et al v. Killian et al. USDC – Eastern Michigan Case No: CV-11468; Hill et al. v. Killian et al. USDC-Colorado Case No:CV-00511; Potts et al. v. Killian et al USDC-Eastern Oklahoma Case No: CV-11468;* **Hand v. Brown; USDC – Northern CA Case No: C-07-2825**.

WELBON'S displeasure arises because he initiated a California state lawsuit against MT. ZION SPIRITUAL TEMPLE, INC. and lost. **See Welbon v. Mt. Zion; Alameda County Superior Court Case No: RG 05199540.** On February 7, 2007, the state court issued a judgment against him specifically prohibiting him from using MT. ZION'S name or holding himself and his cronies out as members of MT. ZION. In his previous Federal lawsuits in the Northern District of California, the court dismissed his claim without leave to amend. **See Patterson v. Killian; USDC – Northern CA Case No: C07-00951 CRB; Jefferson v. Killian, USDC – Northern CA Case No: 07-2992; Hand v. Brown; USDC – Northern CA Case No:**

**C-07-2825.** It appears Plaintiff WELBON has filed his latest Federal lawsuit because his previous Federal lawsuits have been dismissed.

On March 17, 2008 this court issued an order referring all of Plaintiff WELBON'S cases to this court. It is hereby requested that the court issues the motion to dismiss all claims by Plaintiff in these actions.

RESPECTFULLY SUBMITTED.

Dated: March 18, 2008                    _____/S/_____
                                         CLINTON KILLIAN, Attorney for Defendants
                                         ARTHUR BURNETT, Lillian Roberts, and
                                         members of MT. ZION SPIRITUAL TEMPLE,
                                         INC.

Welbon v. Burnett, et al.
**U.S. District Court Northern District of CA San Francisco Division Case No: C07-04248**

### CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On March 19, 2008, I served the foregoing document described as:

**DEFENDANTS' INITIAL CASE MANAGEMENT STATEMENT**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Eddie Welbon
714 Blossom Way
Hayward, CA 94541

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on this date in Oakland, California.

Dated: March 19, 2008                               _____/S/_____
                                                                         Nicole Hancox