Clinton Killian, SB 116501
THE LAW OFFICE OF CLINTON KILLIAN
Leamington Building
1814 Franklin Street, Suite 805
Oakland, CA 94612-3527
Telephone: (510) 625-8823
Facsimile: (510) 625-8829
clintonkillian@yahoo.com

Attorney for Defendants
ARTHUR BURNETT, Lillian Roberts, and members of
MT. ZION SPIRITUAL TEMPLE, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDDIE WELBON<br><br>        Plaintiff,<br><br>v.<br><br>ARTHUR BURNETT, et al.,<br><br>        Defendants. | Case No.:   C-07-04248-CRB<br><br>**DECLRATION OF CLINTON KILLIAN RE: ATTORNEY FEES AND COSTS**<br><br>Date:  March 21, 2008<br>Time:  9:00 am<br>Courtroom: 8, 19th Floor<br>Honorable Charles R. Breyer |

I, CLINTON KILLIAN, declare,

1.      I am an attorney duly licensed to practice law in the State of California and in this federal district.  I represent the Defendants in the above referenced action.

2.      I have incurred a total of $3,975 in attorney fees and $140 in costs defending my clients in this action.  The attorney fees incurred are as follows:

**December 2007**

| | |
|---|---|
| Telephone Conference with Steven Bovarnick, attorney for the Estate of Louis Narcisse re: Pleadings and filings by Plaintiff WELBON | 0.5 |
| Review of pleadings by Plaintiff and of court filing | 1.0 |

**1**
**CASE MANAGEMENT STATEMENT**

| | | |
|---|---|---|
| Research re: motion to dismiss and motion for sanctions | | 3.0 |
| Draft of motion | | 3.0 |
| Draft of letter to Plaintiff WELBON re: motion and dismissal of action. | | 0.5 |

**Hours 8**
**Costs**
Copying of court record      $20.00

**January 2008**

| | |
|---|---|
| Letter to Plaintiff WELBON re: previous letter | 0.3 |
| Final draft of motion and file with court | 1.0 |
| Final draft of motion and filed with court | 1.0 |
| Telephone conference with Judge White's clerk re: status of filing | 0.2 |
| Re-filing of additional documents and service of Exhibits on court | 0.5 |
| Telephone conference with Judge White's clerk re: motion | 0.2 |
| Additional filing re: motion | 0.5 |
| Review of court's order re: referral of case | 0.2 |
| Review of order by Judge Breyer re: acceptance of case | 0.2 |

**Hours 4.1**
**Costs**
Courier Fees (2)      $80.00

**February 2008**

| | |
|---|---|
| Re-filing of motion in Judge Breyer's court | 1.0 |
| Re-service and courtesy copy delivered to Judge Breyer | 0.3 |
| Review of Plaintiff's opposition to motion | 1.0 |

**Hours 2.3**
**Costs**
Courier Fees      $40.00

**March 2008**
Review of court orders re: motion; court appearance re: motion      1.5
**Hours 1.5**

**The total hours 15.9 @ $250 = $3,975 and Costs of $140**
**Total $4,115**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this date at Oakland, California.

Dated: March 17, 2008              _____/S/_____
                                                     CLINTON KILLIAN, Attorney for Defendants ARTHUR BURNETT, Lillian Roberts, and members of MT. ZION SPIRITUAL TEMPLE, INC.

1  **Welbon v. Burnett, et al.**
<u>U.S. District Court Northern District of CA San Francisco Division Case No: C07-04248</u>

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On March 19, 2008, I served the foregoing document described as:

**DECLRATION OF CLINTON KILLIAN RE: ATTORNEY FEES AND COSTS**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Eddie Welbon
714 Blossom Way
Hayward, CA 94541

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on this date in Oakland, California.

Dated:  March 19, 2008                                  _____/S/_____
                                                                                    Nicole Hancox