**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 21, 2008**

**C-07-04248CRB**

### EDDIE C WELBON  v.  ARTHUR B BURNETT

Attorneys:  ___No Appearance___          ___Arthur Bennett___

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Belle Ball**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D's Motion for Sanctions & Motion to Dismiss | Submitted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Court dismisses this case and all related cases and imposes Rule 11 sanctions in the amount of $4115.00

(X) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _X_

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
Type of Trial:  ( )Jury    ( )Court

Notes: _____