Eddie C. Welbon, et al., plaintiff

**Name and Address**
2158 19th Ave
San Francisco, Ca. 94116
IN PRO SE

FILED
08 MAR 20 PM 3:07

CLERK [U.S. DISTRICT COURT]
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EDDIE C. WELBON
**Plaintiff / Petitioner**

VS.

ARTHUR B. Burnett
**Defendant / Respondent**

Case No. C 07-04248 CRB

Document Name:

ORDER

Plaintiff's
Eddie C. Welbon, Request
A Continuance + 30 days extension
Due to the Death of Lillie Mae
Jefferson + Receiving this order
Late because of Change of Address.
Plaintiff pickup up this order on
May 20th, 2008 The Same date The
Declaration Should have been Filed.
Date March 20th, 2008

[signature] in pro se