<div style="writing-mode: vertical"><b>United States District Court</b><br/>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING BISHOP DR. EDDIE C. WELBON, QUEEN MOTHER LILLIE MAE JEFFERSON, et al., | No. C 07-4248 CRB |
|     Plaintiffs, | |
| v. | |
| ARTHUR BURNETT, et al., | |
|     Defendants. _____/ | No. C 07-2992 CRB |
| QUEEN MOTHER LILLIE MAE JEFFERSON, et al., | |
|     Plaintiffs | |
| v. | |
| CLINTON KILLIAN, et al., | |
|     Defendants _____/ | |
| QUEEN MOTHER LILLIE MAE JEFFERSON, et al., | No. C 08-123 CRB |
|     Plaintiffs, | |
| v. | **JUDGMENT** |
| CLINTON KILLIAN, et al., | |
|     Defendants _____/ | |

1  The Court having dismissed the purported federal claims in the above action with
2  prejudice, and having dismissed the state claims, if any, without prejudice, judgment is
3  entered on the federal claims in favor of defendants and against plaintiffs in the above related
4  actions.

5  **IT IS SO ORDERED.**

6  Dated: March 24, 2007



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE